# EXHIBIT A

**2012063008**
Hazing

No Photo Available

**(Z1677328)**

Closed

## DEMOGRAPHICS

**DOB**
1994-08-30

**Gender**
Male

**Ethnicity**
Hispanic

**Classification**
Freshman

**Major**
Accountancy

**Academic Advisor**

**GPA Last Term / GPA Cumulative**
0.000 / 0.000

**Athletics**
Not Athlete

**Greek**
Pi Kappa Alpha Fraternity

**Honors**
No

**ROTC / Veteran**
No

**Academic Referral Dept.**

**Ban/TS**

**STAT-Current Threat Level**

**Course Name/Number**

## CONTACT INFORMATION

**Housing**
Stevenson Tower C 0758A

**Username**
01677328

**Email Address**
Z1677328@STUDENTS.NIU.EDU

**Emergency Contact**

**Local**

773/573-4712 (cell)

**Permanent**

Arlington Heights IL 60005

## INCIDENT AND CASE INFORMATION

**Report Number**

**Incident Date**
2012-11-02

**Reported Date**

**Case Created Date**
2012-11-05

**Access Restriction**
Hazing

**Role**
Accused (Student)

**Incident Time**
10:14 am

**Referral Source**
DeKalb Police

**Assigned To**
Brian M. Glick
(Assoc. Director - OCS & SC)

**Incident Location**
Pi Kappa Alpha Fraternity House

**Reported By**
Jeanne Meyer jeanne@niu.edu

**Home Office**
Student Conduct

**Clery Reportability**
DISCIPLINARY ACTIONS: Liquor law violations

**Tags**
Alcohol-Abuse

**Next Deadline Date**          **Reason**

**Incident Description**

███████████████████████████ morning at the Pi Kappa Alpha house, 1020 W. Hillcrest Drive in DeKalb. DeKalb police responded to a call at 10:14 a.m. Friday, and ███████ was pronounced dead at the fraternity house about 30 minutes later, authorities said.

DeKalb police said they found evidence of alcohol use near ███████, who had been among several people invited Thursday to the fraternity house. Police will interview more than 20 people who had been at the fraternity house around that time and review autopsy results before determining what caused ███████ death.

## RESOLUTION INFORMATION

**Charges/Issues**
1) Hazing
2) Alcohol - Underage Possession/Consumption

**Findings (if applicable)**
Dismissed
Responsible

**Appt. Date**
2013-02-12

**Appt. Time**
1:30 pm

**Appt. Location**
280 Campus Life Building

**Hearing/Resolution Date**
2013-02-05

**Hearing/Resolution Type**
Informal Administrative Hearing
(Preliminary Confe

**Hearing Officer(s)**
Director - OCS & SC (Jeanne Meyer)

**Parental Notification**
No

**Holds in Place**

**Appeal Status**
No appeal filed

**Rationale**

**CC List**

## SANCTIONS / ACTIONS

✔ = completed, ✘ = incomplete, ↪ = referred to another case

✔ **Student Conduct Fine**

   AMOUNT: 50.00

✔ **Preliminary Conference Checklist**

✔ **Student Code Violation Fine ($25)**

✘ **BASICS**

   DUE: 2013-02-28

## NOTES

**Universal Notes**

Cellular telephone (773/573-4712) AT&T

**General Notes**
11/13/2012-Multiple attempts to contact, including via telephone and email, no call, no show, file closed. BMG
11/13/2012- ▮▮▮ At house 1845-0800hrs, back to residence hall, ▮▮▮, ▮▮▮ was in the same group as ▮▮▮ matched drinks, unknown how many drinks consumed, started 2000hrs, over by 2200hrs, went to bed 0300hrs, Saw ▮▮▮ passed out in bed on back, flipped him on stomach, unknown time, ▮▮▮ room, no one else in room at time, BMG

02/04/2013-0957hrs, Message left for ▮▮▮ requesting callback to resolve matter. BMG

02/05/2013-student came in this am & wanted to talk with Brian Glick - told him he was at a conference for the rest of the week - he said that he was suppose to come in yesterday, but he didn't come back to campus until today. So he wanted to know if Jeanne was available - she was at a meeting out of the office. So I took his phone number to call him when she got back to see if she would be able to meet with him or not. In the meantime I called Brian to let him know. He said if Jeanne wouldn't be able to meet with him today to go ahead & make an appt for Monday when he would be back. kah

Fined $100 for not completing Basics sanction-kah/03/18/2013

06/24/2013-Message from Mrs. ▮▮▮ requesting callback ▮▮▮ BMG
06/24/2013-1006hrs, Callback to Mrs. ▮▮▮ about ▮▮▮ explained $100 non-compliance fee. BMG

## ELECTRONIC FILE CABINET

| Doc ID | Filename | Date Modified | File Size | Associated with |
|---|---|---|---|---|
| 00044113 | Case Creation Sheet | November 5, 2012 3:15 pm | 6.05kb | This individual |
| 00044121 | WitnessAppearNotice(Email) | November 5, 2012 3:21 pm | 49.61kb | This individual |
| 00044122 | WitnessAppearNotice(Housing) | November 5, 2012 3:22 pm | 30.26kb | This individual |
| 00044434 | HzgInv(Email) | November 7, 2012 1:46 pm | 49.73kb | This individual |
| 00044665 | Former members PKA.pdf | November 8, 2012 4:57 pm | 31.63kb | All parties |
| 00044721 | HzgInv(Email) | November 9, 2012 9:14 am | 49.77kb | This individual |
| 00045037 | Group 6 notes.pdf | November 13, 2012 4:58 pm | 89.02kb | This individual |
| 00045586 | Pi Kappa Alpha Subpeona 11162012.pdf | November 16, 2012 4:17 pm | 188.76kb | All parties |
| 00045981 | IR | November 21, 2012 2:12 pm | 16.40kb | All parties |
| 00047496 | AllegedViolationsNotice(Email) | December 7, 2012 2:22 pm | 591.02kb | This individual |
| 00047497 | AllegedViolationsNotice(Housing) | December 7, 2012 2:22 pm | 77.73kb | This individual |
| 00048239 | PreliminaryConferenceChecklist | December 12, 2012 1:59 pm | 14.52kb | This individual |
| 00048244 | CRF | December 12, 2012 2:19 pm | 6.27kb | This individual |
| 00048245 | ▮▮▮ CRF.pdf | December 12, 2012 2:28 pm | 72.70kb | This individual |
| 00049390 | DeKalb Police Information.pdf | January 16, 2013 1:40 pm | 50.52kb | All parties |
| 00049881 | HRGPCShow(Housing) | January 23, 2013 10:37 am | 36.33kb | This individual |
| 00049882 | HRGPCShow(Email) | January 23, 2013 10:38 am | 55.69kb | This individual |
| 00049885 | PCLCSSC(Custom) | January 23, 2013 10:40 am | 81.81kb | This individual |
| 00049886 | FullBoardHearScriptFrm | January 23, 2013 10:41 am | 214.22kb | This individual |
| 00049887 | HearingDecisionFrm | January 23, 2013 10:41 am | 228.15kb | This individual |
| 00050855 | HRGPCNoShowLtr(Email) | February 4, 2013 1:19 pm | 55.37kb | This individual |
| 00050856 | HRGPCNoShowLtr(Housing) | February 4, 2013 1:20 pm | 36.02kb | This individual |
| 00050983 | CRF | February 5, 2013 12:02 pm | 6.39kb | This individual |
| 00050984 | SummaryLtr(Email) | February 5, 2013 12:04 pm | 544.25kb | This individual |
| 00050985 | SummaryLtr(Housing) | February 5, 2013 12:04 pm | 531.21kb | This individual |
| 00051016 | ▮▮▮ signed crf.pdf | February 5, 2013 1:09 pm | 42.23kb | This individual |
| 00051017 | ▮▮▮ basics referral form.pdf | February 5, 2013 1:09 pm | 55.92kb | This individual |
| 00051400 | BASICS Appointment.pdf | February 11, 2013 8:07 am | 61.89kb | This individual |
| 00053068 | OSCSSC(Email) | February 28, 2013 7:48 am | 54.31kb | This individual |
| 00053106 | Novotny Roth communication.pdf | February 28, 2013 1:07 pm | 9.45kb | This individual |
| 00072511 | DKPD report redacted.pdf | January 29, 2014 5:40 pm | 120.33kb | All parties |

**2014053425**
Hazing
No Photo Available

████████████ (Z1677328)

Closed

## DEMOGRAPHICS

**DOB**
1994-08-30

**Gender**
Male

**Ethnicity**
Hispanic

**Classification**
Junior

**Major**
Accountancy

**Academic Advisor**

**GPA Last Term / GPA Cumulative**
0.000 / 0.000

**Athletics**
Not Athlete

**Greek**
Not Greek

**Honors**
No

**ROTC / Veteran**
No

**Academic Referral Dept.**

**Ban/TS**

**STAT-Current Threat Level**

**Course Name/Number**

## CONTACT INFORMATION

**Housing**
Off Campus

**Username**
01677328

**Email Address**
Z1677328@STUDENTS.NIU.EDU

**Emergency Contact**

**Local**

773/573-4712 (cell)

**Permanent**
████████████
Arlington Heights IL 60005

## INCIDENT AND CASE INFORMATION

**Report Number**
14-61106

**Incident Date**
2014-11-16

**Reported Date**
2014-11-18

**Case Created Date**
2014-11-18

**Access Restriction**
Hazing

**Role**
Witness (Student)

**Incident Time**
3:10 a.m.

**Referral Source**
NIU Police

**Assigned To**
Brian M. Glick
(Assoc. Director - OCS & SC)

**Incident Location**
Phi Kappa Theta Fraternity House

**Reported By**
Devon Buckle dbuckle@niu.edu

**Home Office**
Student Conduct

**Clery Reportability**
Not Clery Reportable

**Tags**

**Next Deadline Date**

**Reason**
NTA

**Incident Description**
Northern Illinois University – Police Department
CFS#: 002014061106
Title: Assist DPD/Information Only-(Hazing Investigation)
Date: Monday, November 17, 2014
Submitted by: Officer D. Buckle #36

On Monday, November 17, 2014 at approximately 0310 hours, dispatch advised that DeKalb City Police Department (DPD) was responding to 910 W. Hillcrest (Phi Kappa Theta Fraternity House) for a possible hazing situation. DPD received an anonymous call stating that pledges had been at the fraternity house since early Sunday evening 11/16/14, and were not allowed to leave.

I responded to the call to assist DPD. I met with DPD Officer Guzinski who was inside the house talking with fraternity president ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ advised that there were no members that were being forced to stay. ▓▓▓ advised that Associate Members were going through their last events before they proceed to the next level membership. ▓▓▓ also informed that Associate Member ▓▓▓▓▓▓▓▓ decided to leave the fraternity house this afternoon because he has been depressed lately. ▓▓▓ stated that he and other members tried to encourage ▓▓▓ to stay and provided resources that might help him with his depression. ▓▓▓ ended up leaving the fraternity house approximately 1pm Sunday.

We also spoke with the associate members (approximately 20-25 members); they all stated that they were not being forced to stay, and could leave at any time. The associate members that we spoke to all appeared to be okay, and no apparent issues going on.

I also spoke with member ▓▓▓▓▓▓▓▓▓▓▓▓ who was good friends with ▓▓▓▓▓▓▓▓ advised that ▓▓▓ had been depressed off and on and was getting help. I told ▓▓▓ that I would attempt to talk with ▓▓▓ to make sure he was doing okay. ▓▓▓ was concerned about what was going to happen. I told Kunkle that we would document what he told us, and what I observed. I told ▓▓▓ that so far I did not see any signs of hazing incidents. Throughout my conversation with ▓▓▓, he repeatedly expressed wanting to help ▓▓▓ in any way that they could.

At approximately 0343 hours, Officer M. Anderson and I spoke with ▓▓▓ at his residence (▓▓▓▓▓▓▓▓▓▓▓▓▓). ▓▓▓ advised that he was okay and that he made the decision to leave the fraternity house on his own. ▓▓▓ stated that he has had issues with depression ("Mood Swings") and that he was taking medication for it. ▓▓▓ advised that he has an appointment this Friday (11/21/14) to see his doctor.
I asked ▓▓▓ if he at any time felt that the fraternity was trying to prevent him from leaving the house. ▓▓▓ stated no. ▓▓▓ stated that he just needed a break because of his own personal issues. I told ▓▓▓ that we just wanted to make sure he was okay. I also told ▓▓▓ that if he needed any help from NIU don't hesitate to ask.

End of report. 036-DPB

---

## RESOLUTION INFORMATION

**Charges/Issues**
1) No Charge

**Findings (if applicable)**

**Appt. Date**
2014-11-24

**Appt. Time**
7:30 p.m.

**Appt. Location**
100 Campus Life Building

**Hearing/Resolution Date**

**Hearing/Resolution Type**

**Hearing Officer(s)**

**Parental Notification**
No

**Holds in Place**

**Appeal Status**
No appeal filed

**Rationale**

**CC List**

## SANCTIONS / ACTIONS

✔ = completed, ✘ = incomplete, ⇥ = referred to another case

No sanctions/actions listed

## NOTES

### Universal Notes
Cellular telephone (773/573-4712) AT&T

### General Notes
11/24/2014-Was Asst. Rush Manager, running for VP in spring. Was not at the house during the incident. Was at girlfriend during incident. Was not present for the water balloon fight. ▓▓▓▓▓▓▓▓▓. BMG

## ELECTRONIC FILE CABINET

| Doc ID | Filename | Date Modified | File Size | Associated with |
|---|---|---|---|---|
| 00090864 | Case Creation Sheet | November 18, 2014 12:23 pm | 8.58kb | This individual |
| 00090930 | IR | November 18, 2014 1:36 pm | 8.48kb | All parties |
| 00090978 | HIEC(Email) | November 18, 2014 3:54 pm | 85.02kb | This individual |
| 00090979 | HIEC(Email) | November 18, 2014 3:55 pm | 85.02kb | This individual |
| 00128645 | ▓▓▓communication 12012016.pdf | December 1, 2016 3:10 pm | 70.78kb | This individual |