# EXHIBIT B

# INCIDENT/INVESTIGATION REPORT

| Agency Name | | Case# |
|---|---|---|
| *Dekalb Police Department* | | *16-02657* |

**ORI** *IL0190800*

Date / Time Reported: *04/17/2016  18:47  Sun*
Last Known Secure: *04/17/2016  18:47  Sun*
At Found: *04/17/2016  18:47  Sun*

**INCIDENT DATA**

Location of Incident: *910 W Hillcrest Dr, Dekalb IL 60115-*
Premise Type: *Apartment*  Zone/Tract: Z1E

**#1** Crime Incident(s): *Sex: Criminal Sexual Assault* (Com)  *0260*
Weapon / Tools: *PERSONAL (HANDS, FIST, FEET)*  Activity

**#2** Crime Incident ( )  Weapon / Tools  Activity

**#3** Crime Incident ( )  Weapon / Tools  Activity

**MO**

**VICTIM**

# of Victims: *1*  Type: INDIVIDUAL  Injury: None  Crime Agst Child=

**V1** Victim/Business Name (Last, First, Middle) — Victim of Crime # *1,* — DOB — Race — Sex — Relationship To Offender — Resident Status — Military Branch/Status

Home Address — Home Phone
Employer Name/Address — Business Phone — Mobile Phone

VYR | Make | Model | Style | Color | Lic/Lis | VIN

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

Type: INDIVIDUAL  Injury:
Code **OT**  Name (Last, First, Middle) — Victim of Crime # — DOB Age — Race — Sex — Relationship To Offender — Resident Status — Military Branch/Status
Home Address — Home Phone
Employer Name/Address — Business Phone — Mobile Phone

Type: INDIVIDUAL  Injury:
Code **PR**  Name (Last, First, Middle) — Victim of Crime # — DOB Age — Race — Sex — Relationship To Offender — Resident Status — Military Branch/Status
Home Address *IL 60477* — Home Phone
Employer Name/Address — Business Phone — Mobile Phone

**PROPERTY**

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID# *JURSICH, J. (1146)*
Invest ID# *STEWART, M. A. (1052)*
Supervisor *TEHAN, M. S. (1054)*

**Status** Complainant Signature
Case Status *Cleared By Adult Arrest* 07/08/2016
Case Disposition: *Arrested By Other Agency* 07/08/2016  Page 2

*R_CS1IBR*  Printed By: PMEIER, ADMINSEC  Sys#: 544720  07/13/2016 10:49

# Incident Report Additional Name List

*Dekalb Police Department*

OCA: *16-02657*

Additional Name List



| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1 ) | PR 3 | | | | | | |
| | Address | | | H: - - | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 2 ) | WI 1 | | | | | | |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 3 ) | OT 2 | | | | | | |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |

## INCIDENT/INVESTIGATION REPORT

*Dekalb Police Department*

Case # *16-02657*

| Status Codes | 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | EVI | E | 0.000 | | SEX ASSAULT KIT | |
| | EVI | E | 1.000 | | EVIDENCE | |
| | EVI | E | 1.000 | | EVIDENCE | |
| | EVI | E | 1.000 | | OVERHEAR RECORDINGS | |
| | EVI | E | 1.000 | | EVIDENCE | |
| | EVI | E | 1.000 | | EVIDENCE | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

## INCIDENT/INVESTIGATION REPORT

*Dekalb Police Department*

Narr. (cont.)  OCA: 16-02657

N A R R A T I V E

On 04/17/16 an officer was dispatched to the PD reference a sexual assault report.

Investigation started.

# REPORTING OFFICER NARRATIVE

| Dekalb Police Department | | OCA 16-02657 |
|---|---|---|
| Victim ▮▮▮▮▮▮ | Offense *SEX: CRIMINAL SEXUAL ASSAULT* | Date / Time Reported *Sun 04/17/2016 18:47* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On 04/17/16 I, Officer Jonathan Jursich, was dispatched to the PD reference a sexual assault report.

When I arrived at the PD I met with the complainant ▮▮▮▮▮▮. She was accompanied with her ▮▮▮▮▮▮. ▮▮▮ and ▮▮▮ stated they did not want to be present during the interview. I spoke with ▮▮▮ in the interview room off the main lobby. ▮▮▮▮ stated the following in summary;

▮▮▮ came to DeKalb yesterday (04/16/16). She went with her ▮▮▮▮▮▮ O'leary`s Pub and Grill for a semi-formal event. While at the event ▮▮ met a male named ▮▮▮▮▮▮▮▮ Throughout the formal ▮▮▮▮▮▮ kept talking with ▮▮▮ and kept showing interest in her. At one point while talking ▮▮▮▮▮ attempted to kiss ▮▮▮ She refused to and told him they had just met and she was not that type of ▮▮. When the formal ended a group of people went back to Phi Kappa Theta. Several of the males at the formal where members at that fraternity including ▮▮▮▮▮▮ When they arrived ▮▮▮▮▮ invited some people into his room to drink. ▮▮▮▮▮▮▮▮ and a few other unknown individuals went into ▮▮▮▮ room. At about a little after midnight some of the individuals left until it was just ▮▮▮▮ and ▮▮▮▮▮ in the room. ▮▮▮ was sitting on the couch in ▮▮▮▮▮ room. ▮▮▮▮▮▮ kept moving closer to ▮▮▮ He attempted to kiss her again. ▮▮ pushed him away and stated ▮▮ did not want to kiss him. He moved closer to ▮▮ and pulled ▮▮ dress off of ▮▮ chest. ▮▮ moved away from him again and told him not to touch ▮▮. He asked if ▮▮ would feel more comfortable if he was naked. ▮▮▮ did not answer him and he undressed down to his boxer shorts. He then forced himself on top of ▮▮▮▮ again. She kept telling him to get off of her. When she was attempting to push him away he inserted his penis into her vagina briefly. She was able to push him off of her and she said again told him she did not want to have sex. ▮▮▮▮▮▮ than slapped her with an open hand across her face. He told her she would like it. He grabbed a condom and asked if he wore it would she let him have sex with her. She again stated no and attempted to get up off the couch. He grabbed her by her hair and pushed her down on the couch on her back. He then again forced himself onto of her and inserted his penis into her vagina. ▮▮▮▮ stated she began to cry and did not know what to do. He continued to have intercourse with her without wearing a condom. ▮▮▮▮▮▮ then removed his penis from her vagina and ejaculated. ▮▮▮ then dressed herself. She heard a knock at the door. ▮▮▮▮▮ told her to leave the room. ▮▮▮ left the room and found ▮▮▮▮ They then left the party and went to ▮▮▮▮▮▮ what had happened when they arrived at ▮▮▮▮ residence. End summary

▮▮▮ was very emotional during the interview and was crying. ▮▮▮▮▮▮▮▮▮▮ woke up this morning and had breakfast. ▮▮▮ then went home to Tinley Park. When she arrived home she went to bed. When she woke up she told her parents what had happened. ▮▮▮ and her parents then came to the PD to make a report. I asked ▮▮▮ if ▮▮▮▮ had attempted to contact her since the incident and she stated no. I advised her not to have any contact with him until further notice and she stated she understood. I asked ▮▮▮ if she had showered since the incident and she stated no. I advised ▮▮▮ to go to Kishwaukee Community Hospital to have a sex assault kit completed. She stated she would. ▮▮▮ and I spoke with her parents and they stated they would take her to KCH immediately. I advised them to contact me with any questions.

Case pending

---

## REPORTING OFFICER NARRATIVE

| Dekalb Police Department | | OCA 16-02657 |
|---|---|---|
| Victim ▮▮▮▮▮▮▮ | Offense SEX: CRIMINAL SEXUAL ASSAULT | Date / Time Reported Sun 04/17/2016 18:47 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

End of report

## Incident Report Suspect List

*Dekalb Police Department*

OCA: *16-02657*

| 1 | Name (Last, First, Middle) | | | | | | Also Known As | | | | | Home Address | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Business Address | | | | | | | | | | . | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| | *21* | *W* | *M* | *N* | *510* | *160* | *BRO* | *BRO* | *LGT* | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | | Model | | | Color | Caliber | Dir of Travel | |
| | | | | | | | | | Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |

Notes

Physical Char

*Hair Length, Short*
*Hair Style, Straight*
*Hair Facial, Clean Shaven*
*Build, Medium*

## CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016 10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*   **Case Mng Status:** *ADULT ARREST*   **Occurred:** *04/17/2016*

**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

**Investigator:** *JURSICH, J. (1146)*   **Date / Time:** *04/18/2016 00:39:21, Monday*

**Supervisor:** *TEHAN, M. S. (1054)*   **Supervisor Review Date / Time:** *04/18/2016 01:16:54, Monday*

**Contact:**   **Reference:** *Follow Up*

On 04/18/16 Officer Cicchetti advised me he was at Kishwaukee Community Hospital. He stated the sex assault kit had been completed. He transported the kit from Kishwaukee Community Hospital and I took possession of it at the PD. I logged it into evidence. I then placed it into refrigerated storage locker A.

End of report

Investigator Signature

Supervisor Signature

## CASE SUPPLEMENTAL REPORT
Printed: 07/13/2016 10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*  **Case Mng Status:** *ADULT ARREST*   **Occurred:** *04/17/2016*

**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

**Investigator:** *STEWART, M. A. (1052)*  **Date / Time:** *04/19/2016 14:59:57, Tuesday*

**Supervisor:** *WOODRUFF, C. G. (1067)*  **Supervisor Review Date / Time:** *04/20/2016 10:20:40, Wednesday*

**Contact:** ▮▮▮▮  ▮▮▮  *Follow Up*

I was assigned to investigate this case on 04-19-16. I then called the victim, ▮▮▮▮▮, via the telephone. I advised ▮▮▮ that I had been assigned to this case and that I would like to meet with her. She advised that she was at home in ▮▮▮▮ and would be there for several days. I told her that I would prefer not to ask her details about the incident over the telephone but did need to know how she wished to proceed. ▮▮▮ advised that she wanted to pursue the matter and wanted the suspect arrested if possible.

▮▮▮ identified the suspect as ▮▮▮▮▮▮ She said that he entered his telephone number into her cell phone during the night and that his phone number is ▮▮▮▮▮. ▮▮▮ said that ▮▮ and ▮▮▮▮ did kiss consensualy at one point early in the night, but that she did not consent to any other sexual activity with him during this incident. ▮▮▮ told me that she had never met or seen ▮▮▮▮ prior to that night. ▮▮▮ and I discussed possible investigative options including conducting a court ordered overhear. ▮▮▮ advised that she was willing to take part in conducting a court ordered overhear. I advised her that I would prepare paperwork and seek to obtain the overhear on 04-20-16. She said that she would be willing to meet with me after I obtained the overhear and that we would proceed at that time.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016 10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*  **Case Mng Status:** *ADULT ARREST*   **Occurred:** *04/17/2016*

**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

**Investigator:** *STEWART, M. A. (1052)*   **Date / Time:** *04/19/2016 16:00:14, Tuesday*

**Supervisor:** *WOODRUFF, C. G. (1067)*   **Supervisor Review Date / Time:** *04/20/2016 11:07:38, Wednesday*

**Contact:**   **Reference:** *Follow Up*

I checked the Police2Police (P2P) database for ████████ using the identifiers listed on Officer Jursich`s report. I confirmed that this is the correct suspect and that he had the same phone number, 773-573-4712, on a contact on 01-02-14.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016  10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*  **Case Mng Status:** *ADULT ARREST*  **Occurred:** *04/17/2016*

**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

**Investigator:** *STEWART, M. A. (1052)*  **Date / Time:** *04/25/2016 12:19:04, Monday*

**Supervisor:** *WOODRUFF, C. G. (1067)*  **Supervisor Review Date / Time:** *05/09/2016 09:15:20, Monday*

**Contact:**  **Reference:** *Follow Up*

On 04-25-16, I completed an on-line lab submittal form for this case along with a case scenario worksheet and sexual assault certification form so that the sexual assault kit can be sent to the crime lab. I spoke with CSO Rhoades and provided him with copies of the documents and requested that the kit be sent to the crime lab. The documents were scanned and are attached to this report electronically. Copies were also sent to records.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016 10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ADULT...*    Case Mng Status: *ADULT ARREST*    Occurred: *04/17/2016*

Offense: *SEX: CRIMINAL SEXUAL ASSAULT*

Investigator: *STEWART, M. A. (1052)*    Date / Time: *04/25/2016 12:50:55, Monday*

Supervisor: *WOODRUFF, C. G. (1067)*    Supervisor Review Date / Time: *05/09/2016 09:19:25, Monday*

Contact:    Reference: *Overhear*

On 04-20-16, I prepared paperwork for a court ordered overhear. I met with Assistant States Attorney, Stephanie Klein, at the Courthouse. We went before Judge Matekaitis who reviewed and authorized the overhear which he signed at 11:20 a.m.

I subsequently met with ▮▮▮▮▮▮▮, at her residence, later on 04-20-16. ▮▮▮▮▮ signed the consent form at 2:00 p.m.

Copies of the documents were scanned and are attached to this report electronically. Additional copies were sent to records. The original signed consent form was retained and will be turned over to Assistant States Attorney, Stephanie Klein at a later date.

Investigator Signature                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016  10:49

*Dekalb Police Department*                                                                    OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*     **Case Mng Status:** *ADULT ARREST*          **Occurred:** *04/17/2016*
**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

---

**Investigator:** STEWART, M. A. (1052)                    **Date / Time:** 05/12/2016 10:16:50, Thursday
**Supervisor:** WOODRUFF, C. G. (1067)          **Supervisor Review Date / Time:** 06/10/2016 12:54:15, Friday
**Contact:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓          ▓▓▓▓▓▓        *Interview*

---

On 04-20-16, I met with the victim, ▓▓▓▓▓▓▓▓, at her residence. We spoke while seated at her kitchen table. I asked ▓▓▓ to recount what had occurred during this incident. ▓▓▓ told me that she came to DeKalb on 04-16-16 to visit with her friend, ▓▓▓▓▓▓▓▓ who attends Northern Illinois University, and that they were going to attend a Sigma Kappa Sorority formal event. When she arrived in DeKalb, she went to ▓▓▓▓▓▓ residence. They then went to the Phi Kappa Theta house for a short time, ▓▓▓ said that she and ▓▓▓ then went back to the Sigma Kappa house to check in for the formal event. She said that they then took a bus to O'Leary's bar where the formal event was to be held. ▓▓▓ said that they arrived at O'Leary's bar and that members of the Phi Kappa Theta fraternity were also at the event.

▓▓▓ said that while at O'Leary's, she was dancing and socializing. She said that she consumed approximately five vodka tonic drinks. She said that at around 11:30 p.m., she met a subject now known as ▓▓▓▓▓▓▓▓ who is a member of the Phi Kappa Theta Fraternity. She and ▓▓▓ started talking and at one point he asked her to step outside with him and she did so. She said that ▓▓▓ tried to kiss her but she declined and told him that they did not know each other. They went back in the bar and ▓▓▓ bought her a drink. ▓▓▓ said that she continued to dance with ▓▓▓. She and ▓▓▓ then went back outside where they kissed consensually. They talked for a while on the first floor of the bar and flirted with each other.

▓▓▓ said that the event ended shortly after midnight and everyone took a bus back to the Phi Kappa Theta Fraternity house. While on the bus, she and ▓▓▓ kissed some more consensually. Upon arrival at the house, ▓▓▓, and ▓▓▓ went to ▓▓▓ room. After a short time, ▓▓▓ left the room and now ▓▓▓ and ▓▓▓ were alone in the room. She said that she and ▓▓▓ kissed consensually but that at one point he tried to pull up her dress. She said she told ▓▓▓ that she did not want to be naked and that she did not know him and did not feel comfortable.

▓▓▓ said that ▓▓▓ then asked her if it would make her feel comfortable if he was naked and that he then took off his clothes, down to his boxers. She said that ▓▓▓ then pulled her on top of him onto a couch. She and ▓▓▓ then kissed some more consensually. She said that she had been wearing only a dress and did not have underpants on. She said that at this time, he was seated on the couch and that she was straddling him. She said that without warning, he inserted his penis into her vagina. ▓▓▓ said that she immediately got off of ▓▓▓ and told him that she did not want to have a one night stand. She said that she continued by telling him that she did not want to "Hook up" with him and that she did not feel comfortable. She said that ▓▓▓ then said that he would call her the next day.

▓▓▓ said that ▓▓▓ then pulled her back down onto the couch and placed his penis back into her vagina. She said that she did not know what to do because she thought she made it clear that she did not want to have sex with him. She said that ▓▓▓ kept pressuring her and she reiterated that she was not comfortable. She then got up again and ▓▓▓ tried to pull her dress off and her breast was now exposed. She said that he then pulled her back towards him and asked her to perform oral sex on him. She said that she kissed ▓▓▓ in an attempt to pacify

---

Investigator Signature                                        Supervisor Signature

Page 13

# CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016  10:49

*Dekalb Police Department*                                                  OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*   **Case Mng Status:** *ADULT ARREST*   **Occurred:** *04/17/2016*

**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

| | |
|---|---|
| **Investigator:** STEWART, M. A. (1052) | **Date / Time:** *05/12/2016 10:16:50, Thursday* |
| **Supervisor:** WOODRUFF, C. G. (1067) | **Supervisor Review Date / Time:** *06/10/2016 12:54:15, Friday* |
| **Contact:** ▮▮▮▮▮▮ | ▮▮▮▮▮ *Interview* |

him. She said that ▮▮▮▮ then tried to guide her down towards his penis for oral sex and she was now on her knees on the floor. She said she told ▮▮▮▮, "I just don`t feel comfortable, I don`t know you". She said that he was pressuring her verbally to continue.

▮▮▮▮ said that without warning, ▮▮▮▮ slapped her on the left side of her face with an open hand. She said that she was shocked and froze out of fear. She said that the slap was loud enough to make a slapping sound. She said that ▮▮▮▮ then said, "I know you like that". ▮▮▮▮ said that she pushed ▮▮▮▮ away but that he got behind her and grabbed her hair. He then directed her towards a couch underneath his bed. The bed was raised off the floor similar to a bunk bed. She was now face down on the couch and ▮▮▮▮ inserted his penis into her vagina from behind. She said that he pulled her hair and she began to cry to herself. She said that she did not say anything to ▮▮▮▮ at his time. She said that ▮▮▮▮ continued to have sex with her for about five minutes and then asked, "Where should I finish?" He asked her if he should finish on her breasts or inside of her. She said that he then pulled his penis out of her and ejaculated on her buttocks.

▮▮▮▮ said that ▮▮▮▮ then got up and she was able to pull up her dress. She said that she texted ▮▮▮▮ at 12:51 to come and get her. She said that ▮▮▮▮ came to the door and ▮▮▮▮ said, "I thought you didn`t want a one night stand". ▮▮▮▮ and went to her residence. She said that ▮▮▮▮ also walked with them. She said that she told ▮▮▮▮ briefly what had happened. She said that she told them that she did not want to have sex with ▮▮▮▮ but that he kept pressuring her. She said that she did not tell them the whole story. She said that she fell asleep at ▮▮▮▮ and woke up the next day. She said that she returned home and told her sister what happened and then told her mother. She then came to the DeKalb Police Department and then to Kishwaukee Hospital for an exam.

I then had ▮▮▮▮ complete the overhear consent form (2:00 p.m.). At 2:39 p.m., ▮▮▮▮ attempted to call ▮▮▮▮ and left a voicemail for him. At 3:02 p.m., she attempted a second call which was answered. A brief conversation occurred and ▮▮▮▮ indicated that he was at work. At approximately 3:24 p.m., ▮▮▮▮ called ▮▮▮▮ back and an approximately twenty minute conversation ensued. The above calls were recorded and later saved to the secured server under DV photos folder 16-02657. The following is a summary of the twenty minute call:

▮▮▮▮ says that she kept saying that she was not comfortable. ▮▮▮▮ says that they were both drunk and everything just happened. ▮▮▮▮ tells ▮▮▮▮ that when she was sitting on the ground telling him that she did not feel comfortable and did not want to do things, he hit her in the face. ▮▮▮▮ asks, "Did I really?" and continues, "Wait, I hit you?". ▮▮▮▮ tells him that he pulled her hair and pulled her onto the couch and ▮▮▮▮ asks, "What?". She then says, "You don`t remember?" and he responds, "Uh, no".

▮▮▮▮ tells ▮▮▮▮ that he does not remember anything that happened. She asks him what he is sorry for and he says for humiliating her, disrespecting her, and for violating her space. She tells ▮▮▮▮ that he hit her and if he is not sorry for that. He asks, "Did I hit you hard?" She responds that he slapped her face and then went behind her

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 14

## CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016 10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*   **Case Mng Status:** *ADULT ARREST*   **Occurred:** *04/17/2016*

**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

**Investigator:** *STEWART, M. A. (1052)*   **Date / Time:** *05/12/2016 10:16:50, Thursday*

**Supervisor:** *WOODRUFF, C. G. (1067)*   **Supervisor Review Date / Time:** *06/10/2016 12:54:15, Friday*

**Contact:** ███████████   ███████ *Interview*

and pulled her up by her hair. She asks if he is sorry for hitting her and he says, "Yea". She asks, "Do you remember?" and he says that he does not remember.

███████ says that if it was a mistake, can he just admit it and be honest. He says, "Yes, yes, I'm one hundred percent so sorry". She asks if he wished it did not happen and he says that he does not have any recollection. She again asks if he remembers anything that happened and he says that he does not and only remembers them coming back and being in his room. She asks him if he is sorry for slapping her and he says yes. He continues by saying that he does not remember. ███████ says that he does not deny that it happened but that he does not remember anything. He repeats several times that he does not remember anything. At the end of the conversation ███████ apologizes for anything he did when he was blacked out.

Please refer to recording for exact wording and content.

Investigator Signature                    Supervisor Signature

## CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016 10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ADULT...*  Case Mng Status: *ADULT ARREST*  Occurred: *04/17/2016*

Offense: *SEX: CRIMINAL SEXUAL ASSAULT*

Investigator: *STEWART, M. A. (1052)*  Date / Time: *06/08/2016 14:51:26, Wednesday*

Supervisor: *WOODRUFF, C. G. (1067)*  Supervisor Review Date / Time: *06/10/2016 13:04:23, Friday*

Contact: ▓▓▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓ *Overhear*

On 05-03-16, I met with ▓▓▓▓ at her residence where she attempted to call ▓▓▓▓ but was unable to make contact.

On 05-04-16, I again met with ▓▓▓▓ at her residence. She attempted to call ▓▓▓ and again did not get an answer. Later that day, I met with ▓▓▓▓ dormitory in ▓▓▓. She called ▓▓▓ at 4:40 p.m. and left a message for him. She placed a second call at 5:11 p.m. but it was believed that his phone was shut off.

On 05-05-16, I again met with ▓▓▓▓ outside of her dormitory in ▓▓▓ She called ▓▓▓ again and did not get an answer. I then left the digital recording device with her and instructed her on how to use the device should ▓▓▓ call her back. At about 7:40 p.m., ▓▓▓ called me back and advised that ▓▓▓ had called her back and that she had recorded the conversation. I then returned and met with ▓▓▓ and she turned the recorder over to me. I subsequently saved the recorded conversation to the secured server under DV Photos folder 16-02657B. The following is a summary of the conversation:

▓▓▓ says that he still does not remember what happened. ▓▓▓ s him that she does not understand this and that he was able to function. She tells ▓▓▓ to admit that he hit her, pulled her by her hair and did what he wanted. He tells her that he does not know anything. ▓▓▓ says that she does not appreciate him assaulting her and raping her because that is what he did. ▓▓▓ tells ▓▓▓ that he is trying to figure out what happened. He apologizes and says he wants to move past this. He again says that he does not know what he did and what happened.

▓▓▓ forcefully tells ▓▓▓ that he hit a girl and sexually violated her. He then asks what she wants from him. He again says that he does not remember anything and that he cannot admit to it but he apologizes. ▓▓▓ then asks ▓▓▓ what he thinks happened and he says he does not know. He said he only remembers being on a bus and then the next thing he knows, he wakes up in his friends room. ▓▓▓ again forcefully tells ▓▓▓ that he assaulted her and he mumbles in response and gets quiet. He goes on to say that he has nothing else to say and that he will not contact her again.

Please refer to recording for details of exact content and wording.

Investigator Signature                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 07/13/2016  10:49

*Dekalb Police Department*

OCA: ***1602657***

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*    **Case Mng Status:** *ADULT ARREST*    **Occurred:** *04/17/2016*

**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

| | | | |
|---|---|---|---|
| **Investigator:** | *STEWART, M. A. (1052)* | **Date / Time:** | *06/09/2016 11:59:39, Thursday* |
| **Supervisor:** | *WOODRUFF, C. G. (1067)* | **Supervisor Review Date / Time:** | *06/10/2016 12:35:06, Friday* |
| **Contact:** | ███████████████████ | **Reference:** | *Interview* |

At about 3:30 p.m., on 05-10-16, Sergeant Woodruff and I went to 910 West Hillcrest in an attempt to speak with ██████. ██████ arrived home and I approached him in the parking lot. I advised ██████ that I would like to speak with him about an investigation. I asked him if he knew a girl named ██████ and he advised that he did. ██████ agreed to come to the police department to speak with me further about this case. I advised him that we could provide a ride for him and he accepted this offer. I advised him that he was not under arrest and he said he understood. I advised him that I would give him a ride home after we spoke. ██████ sat in the front seat and he was not handcuffed.

Upon arrival at the police department, I escorted ██████ to interview room number 206. I reminded him that he was not under arrest. I told him where the bathroom was and told him that he could use it at anytime. ██████ provided me with his identifiers. I told him that I wanted to talk with him about an incident that happened between he and ██████ and he said that he was aware of what I was talking about. I asked him to tell me what occurred. He said that he only remembered meeting her at O`Leary`s bar during the formal event. He denied having any memory after that. He told me that he had consumed several alcoholic drinks during the night. I advised him that ██████ told me that he had done some inappropriate things to her during the night. He continued to deny having any memory of what happened.

After about forty-five minutes, ██████ told me that he now remembered some details of the night. He said he remembered flirting with ██████ and kissing her while at the ██ He said that he also recalled making out with her on the bus back home after the event. He said that he did not remember anything after being on the bus. I pressed him further and told him that I believed that he remembered more. He then said that he did remember more details. He then admitted that he did have sexual intercourse with ██████ I told him to tell me what occurred.

██████ told me that he and ██████ went into his room upon arriving at his fraternity house. He said that he sat on the couch and she was on top of him. He said that everything was going good between them and they were kissing. He said that it became obvious that they were going to have sex. He told me that he and ██████ had "Doggy style" sexual intercourse. He told me that she was bent over onto a couch that was underneath his loft styled bed. He said that he did not remember her ever saying no or to stop. He said that he did not recall using a condom or if he ejaculated. ██████ said that after having sex, ██████ left his room. He said that he woke up the next day and was in his friend`s room.

I advised ██████ that ██████ told me that he had slapped her across the face and had pulled her by her hair. He said that he did not remember slapping ██████ and said that it might have been possible that he pulled her hair while they were having sex. I told him that she further told me that he had forced her up onto the couch and that the sexual intercourse was against her will. ██████ said that he is not the type of person that would do something with a girl that was not consensual. He repeated several times that he did not remember slapping her or being forceful with her in any way. He said that he never got any indication from her that she did not want to have sex

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

**CASE SUPPLEMENTAL REPORT**

Printed: 07/13/2016 10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ADULT...*    Case Mng Status: *ADULT ARREST*    Occurred: *04/17/2016*

Offense: *SEX: CRIMINAL SEXUAL ASSAULT*

Investigator: *STEWART, M. A. (1052)*    Date / Time: *06/09/2016 11:59:39, Thursday*

Supervisor: *WOODRUFF, C. G. (1067)*    Supervisor Review Date / Time: *06/10/2016 12:35:06, Friday*

Contact:    Reference: *Interview*

with him. He reiterated that he did not remember much of what happened in his room.

I pointed out that I thought that it was odd that his version of events is consistent with ▮▮▮▮▮ with the exception of the details that would show the incident was against her will. He repeated that he did not remember doing anything violent toward ▮▮▮▮ and did not remember her saying or doing anything that would have indicated that she did not want to have sex with him. I also pointed out that he was not denying slapping ▮▮▮▮ or pulling her up by her hair onto the couch and was only saying that he did not remember doing so. During my interaction with ▮▮▮▮ he seemed very nervous and stuttered when responding to pointed questions.

▮▮▮▮ declined to provide an audio or video statement. He also declined to provide a mouth swab for DNA comparison. At approximately 5:15 p.m., I drove ▮▮▮▮ back to his residence. I advised ▮▮▮▮ that I would be reviewing this case with the States Attorney's Office and would contact him after a decision was made.

Investigator Signature _____    Supervisor Signature _____

Page 18

**CASE SUPPLEMENTAL REPORT**

Printed: 07/13/2016  10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*    **Case Mng Status:** *ADULT ARREST*    **Occurred:** *04/17/2016*

**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

**Investigator:** *STEWART, M. A. (1052)*    **Date / Time:** *06/09/2016 14:31:57, Thursday*

**Supervisor:** *WOODRUFF, C. G. (1067)*    **Supervisor Review Date / Time:** *06/10/2016 12:37:06, Friday*

**Contact:** ████████████████    ██████ *Interview*

On 05-24-16, I spoke with ████████ by telephone. I asked her to tell me what she knew about this incident. She said that ████████ came out to DeKalb for the Sigma Kappa formal event and arrived at apartment around 2:30 p.m. ████████ said that ████████ She said that she and ████████ walked to the Phi Kappa house. She said that she and ████████ were out on the balcony along with ████████. At some point ████████ asked ████████ if he wanted to attend the formal event at O`Leary`s and he agreed to come. ████████ took a bus to O`Leary`s and arrived around 7:45 p.m. The event was scheduled to go until midnight.

She said that the event took place on the second floor. She said that ████████ sat ████████ that she was ████████. She said that ████████ and ████████ went outside toward the end of the event. When the event was over, everyone got onto the bus. ████s said that she and ████████. They arrived at the Sigma Kappa house and then walked to the Phi Kappa house where ████████ is a member. ████████ said that she, ████████, and ████████ were in ████████ room. ████████ left the room and that ████████ and ████████ remained inside. When asked, ████████ said that up to this time, ████████ never said anything about wanting to be intimate with ████████.

████████ said that after about thirty minutes, she went to ████████ room and knocked on the door. There was no answer and the door was locked. She said that she went to look for ████████ and could not locate her so she went ack to ████████ room. ████████ came out of ████████ room and was now distraught and was crying. ████████ told ████████ then came out of the room and appeared angry. ████████ said that ████████ would not make eye contact with her. ████████ was dressed at this time. She estimated the time to be around 1:00 a.m. ████████ said that she has known ████████ for two years.

████████ walked back to ████████. ████s said that ████████ was upset and was crying during the walk back to the apartment. ████████ t ████████ had forced her to have sex and that she did not want to. ████████ also said that ████████ had hit her and held her down.

When they arrived back at the apartment, ████████ calmed down. ████████ was at the apartment with her boyfriend ████. ████████ did not talk about the incident in their presence. ████████ went into ████████ room alone. ████████ if she wanted to go to the hospital to have an exam done. ████████ told ████████ that she just wanted to go to sleep. They woke up the next morning and went to breakfast. They then returned to the apartment and ████████ her belongings. ████████ that she did not want to talk about the incident any more and just wanted to leave DeKalb. She told me that ████████ was not her typical self at this point and was obviously upset. ████████ said that she and ████████ did not text each other during the night.

Investigator Signature    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016 10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ADULT...*    **Case Mng Status:** *ADULT ARREST*    **Occurred:** *04/17/2016*

**Offense:** *SEX: CRIMINAL SEXUAL ASSAULT*

**Investigator:** *STEWART, M. A. (1052)*    **Date / Time:** *06/09/2016 14:31:57, Thursday*

**Supervisor:** *WOODRUFF, C. G. (1067)*    **Supervisor Review Date / Time:** *06/10/2016 12:37:06, Friday*

**Contact:**

*Interview*

that ▮▮▮ had been aggressive. She said that ▮▮▮▮▮, had previously been intimate with ▮▮▮ and that ▮▮▮ said

---

Investigator Signature                    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 07/13/2016  10:49

*Dekalb Police Department*                                                          OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ADULT...*      Case Mng Status: *ADULT ARREST*          Occurred: *04/17/2016*

Offense: *SEX: CRIMINAL SEXUAL ASSAULT*

Investigator: *STEWART, M. A. (1052)*          Date / Time: *06/09/2016 15:22:31, Thursday*

Supervisor: *WOODRUFF, C. G. (1067)*       Supervisor Review Date / Time: *06/10/2016 12:47:55, Friday*

Contact:                                                                              *Interview*

On 05-24-16, I spoke with ▮▮▮▮▮▮▮▮ by telephone. I advised ▮▮▮▮ that I wished to speak with her about this incident and she said she was aware of the investigation. I asked her to tell me what occurred that night.

▮▮▮ said that she had gone to O`Leary`s for the formal event. She said that she saw ▮▮▮▮ and ▮▮▮ interact during the night and they were friendly towards each other. She said that the event ended around midnight and everyone went back to the fraternity house that ▮▮▮ belonged to. She said that at one point ▮▮▮ nd▮ ▮▮▮▮ ended up alone in ▮▮▮▮ room. She said that she discovered that ▮▮▮▮ door wa▮ ▮▮▮▮▮▮▮▮▮▮▮▮ came out crying and said that she wanted to go home.

▮▮▮ said that she, ▮▮▮▮▮▮▮▮▮▮, walked back to their apartment. ▮▮▮▮▮▮▮▮ are roommates. ▮▮▮ said that during the walk, ▮▮▮ said something to the affect that she did not want to do that, he just put it in. ▮▮▮ said that ▮▮▮ was obviously talking about sex. She said that ▮▮▮ also said that ▮▮▮ had pushed her down on the bed.

Upon arrival at the apartment, ▮▮▮▮▮▮▮▮ went to ▮▮▮▮▮▮▮ The next morning, they all went to breakfast. She said that ▮▮▮ seemed okay at that time but went home a short time later.

Investigator Signature                                    Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016  10:49

*Dekalb Police Department*

OCA: *1602657*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| Case Status: | *CLEARED BY ADULT...* | Case Mng Status: | *ADULT ARREST* | |
| Offense: | *SEX: CRIMINAL SEXUAL ASSAULT* | | | Occurred: *04/17/2016* |

| | | | |
|---|---|---|---|
| Investigator: | *STEWART, M. A. (1052)* | Date / Time: | *06/09/2016 16:13:38, Thursday* |
| Supervisor: | *WOODRUFF, C. G. (1067)* | Supervisor Review Date / Time: | *06/10/2016 12:47:46, Friday* |
| Contact: | | | *Interview* |

On 06-09-16, I spoke with ▮▮▮▮▮ via the telephone.  I had receive information that ▮▮▮▮ had previously been intimate with ▮▮▮▮▮ and told ▮▮▮▮▮ that ▮▮▮▮ had been aggressive with her.

I advised ▮▮▮▮ that I was investigating this case and she said that she was aware of the investigation. ▮▮▮▮ told me that she had met ▮▮▮▮▮ in ▮▮▮▮▮.  She said that it was a mixer event at the "Pike" fraternity house where ▮▮▮▮ was a member at the time. ▮▮▮▮ said that she and ▮▮▮▮ had made out at the mixer. ▮▮▮▮ told me that ▮▮▮▮ was aggressive in that he initiated kissing her.  She told me that she kissed him consensually and wanted to kiss him.  She explained that it was just very unexpected when he kissed her.  She told me that he did not force her to do anything and reiterated that it was just unexpected when he did it. ▮▮▮▮ said that ▮▮▮▮▮

Upon hearing what happened, ▮▮▮▮ that she could see how this incident could have happened.  She said that she thought that ▮▮▮▮ misinterpreted what she meant and did not tell her exactly what happened between her and ▮▮▮▮.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

**CASE SUPPLEMENTAL REPORT**

Printed: 07/13/2016  10:49

*Dekalb Police Department*                                                                 OCA: *1602657*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ADULT...*          Case Mng Status: *ADULT ARREST*          Occurred: *04/17/2016*

Offense: *SEX: CRIMINAL SEXUAL ASSAULT*

Investigator: *STEWART, M. A. (1052)*                    Date / Time: *06/14/2016 19:18:10, Tuesday*

Supervisor: *WOODRUFF, C. G. (1067)*          Supervisor Review Date / Time: *06/20/2016 14:31:33, Monday*

Contact:                                                                 Reference: *Follow Up*

On 06-14-16, I met Assistant States Attorney, Stephanie Klein, at her office. I provided Klein with copies of all case reports, the original signed overhear consent document, the overhear return document, and two CD`s that contained the recorded calls in this case (States Attorney`s copy and Judge`s copy). A copy of the overhear return document was scanned and is attached to this report electronically and a copy was also sent to records. I briefed ASA Klein on the case and requested that she review all material for possible charges against ▆▆▆▆

This case is pending at this time.

Investigator Signature                              Supervisor Signature

Page 23

**CASE SUPPLEMENTAL REPORT**

Printed: 07/13/2016 10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Case Status: *CLEARED BY ADULT...*　　Case Mng Status: *ADULT ARREST*　　Occurred: *04/17/2016*

Offense: *SEX: CRIMINAL SEXUAL ASSAULT*

Investigator: *STEWART, M. A. (1052)*　　　Date / Time: *06/23/2016 12:48:58, Thursday*

Supervisor: *WOODRUFF, C. G. (1067)*　　Supervisor Review Date / Time: *06/24/2016 09:40:27, Friday*

Contact:　　　　　　　　　　　　　　　　　　Reference: *Warrant*

On 06-23-16, I spoke with Assistant States Attorney, Stephanie Klein, via the telephone. ASA Klein advised that after reviewing the reports from this case, she was authorizing one count of Criminal Sexual Assault against ████████████. I then met with ASA Klein at the courthouse and we went before Judge Montgomery. I obtained a warrant for ████████ arrest. Bond was set at $50000.00 with ten percent to apply. Copies of the complaint and warrant were scanned and attached to this report electronically and also sent to records.

I then contacted ████████ attorney, Gal Pissetzky. I advised Pissetzky that charges had been authorized and that the warrant was obtained. I advised him of the bond amount as well. Pissetzky advised that he would arrange for ████████ to turn himself in on the warrant.

Investigator Signature

Supervisor Signature

Page 24

## CASE SUPPLEMENTAL REPORT

Printed: 07/13/2016  10:49

*Dekalb Police Department*

OCA: **1602657**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ADULT...* | **Case Mng Status:** | *ADULT ARREST* | **Occurred:** | *04/17/2016* |
| **Offense:** | *SEX: CRIMINAL SEXUAL ASSAULT* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *STEWART, M. A. (1052)* | **Date / Time:** | *07/08/2016 11:15:32, Friday* |
| **Supervisor:** | *WOODRUFF, C. G. (1067)* | **Supervisor Review Date / Time:** | *07/11/2016 10:29:12, Monday* |
| **Contact:** | | **Reference:** | *Arrest Made* |

I learned that ▮▮▮▮▮▮▮▮ turned himself in on the warrant for this case.  He was arrested on 06-24-16 after turning himself in at the Arlington Heights Police Department.

This case is cleared by arrest.

Person arrested: ▮▮▮▮▮▮▮▮ M/W D.O.B. 08-30-94

Charge: Criminal Sexual Assault 720 ILCS 5/11-1.20(a)(1)

_____  _____
Investigator Signature                    Supervisor Signature