UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 17 CV 7991 |
| | ) | |
| THE BOARD OF TRUSTEES OF | ) | The Honorable Harry D. Leinenweber |
| NORTHERN ILLINOIS UNIVERSITY, | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO TRANSFER TO THE WESTERN DIVISION**

THE BOARD OF TRUSTEES OF NORTHERN ILLINOIS UNIVERSITY, by and through its Attorney, JAMES G. GUAGLIARDO of the University's OFFICE OF GENERAL COUNSEL, submits the following Motion to Transfer this action to the Western Division, and states as follows:

1. Plaintiff, JOHN DOE ("Plaintiff" or "Doe"), a former student at NORTHERN ILLINOIS UNIVERSITY ("N.I.U." or "University"), brings this complaint against the University alleging that N.I.U. violated Title IX of the Education Amendments of 1972, and Doe's due process rights pursuant to 42 U.S.C. Section 1983.

2. Doe's allegations against the University arise from a University investigation into allegations that Doe had sexually assaulted a female in April 2016, in a fraternity near N.I.U.'s main campus in DeKalb, Illinois, while Doe was a student attending classes at N.I.U.'s main Campus in DeKalb, Illinois.

3. Doe's allegations against the University also arise from a University investigation into allegations that Doe had used illegal drugs in September 2016, at a fraternity house near N.I.U.'s main campus in DeKalb, Illinois, while Doe was a student attending classes at N.I.U.'s main Campus in DeKalb, Illinois.

4. The University's investigation into both of these matters took place at and near the University's DeKalb, Illinois campus. The N.I.U. employees conducting these investigations and N.I.U. employees who mighty testify about these investigations work at the N.I.U. main campus in DeKalb, Illinois.

5.	The DeKalb Police Department also conducted a criminal investigation pertaining to Doe's alleged sexual assault. Accordingly, DeKalb Police Department personnel might be called upon to testify in this matter.

6.	Here, venue is proper in either the Eastern or Western Divisions, as the Northern District of Illinois has no local rule requiring divisional venue.

7.	N.I.U. respectfully requests that the Court transfer this matter to the Western Division of the Northern District of Illinois, pursuant to 28 U.S.C. §1404(a). Transfer of venue under §1404(a) is proper if the moving party demonstrates that: (1) venue is proper in both the transferee and transferor courts; (2) it is for the convenience of the parties or witnesses, also called "private interest" factors; and (3) it is in the interest of justice, called "public interest" factors. *Bjoraker v. Dakota, Minn. & E.R.R. Corp.*, No. 12 C 07513, 2013 WL 951155, at *2 (N.D. Ill. Mar. 12, 2013); *Medi USA v. Jobst Institute, Inc.*, 791 F.Supp. 208, 210 (N.D. Ill. 1992). All of these factors favor transfer to the Western Division.

8.	Prior to the filing of this motion, the undersigned contacted Plaintiff's counsel by phone asking if Plaintiff opposes transfer to the Western Division. This motion is not agreed, as Plaintiff does oppose transfer.

WHEREFORE, THE BOARD OF TRUSTEES OF NORTHERN ILLINOIS UNIVERSITY, for the reasons set forth in paragraphs 1 through 7 above, respectfully requests this Honorable Court to transfer this case to the Northern District of Illinois, Western Division, and requests that the Court grant such further relief as it finds reasonable and just.

Dated: September 10, 2018	Respectfully Submitted,

NORTHERN ILLINOIS UNIVERSITY

s/ James G. Guagliardo

James G. Guagliardo
OFFICE OF GENERAL COUNSEL
Northern Illinois University
Altgeld Hall, Room 330
DeKalb, IL  60115
(815) 753-9517
jguagliardo@niu.edu

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that in accordance with Federal Rule of Civil Procedure 5 and the General Order on Electronic Case Filing (ECF), that the foregoing Motion to Transfer was served on Monday, September 10, 2018 to the following CM/ECF user:

Gal Pissetzky
Pissetzky & Berliner, LLC
53 West Jackson Boulevard, Suite 1515
Chicago, IL 60604
gpissetzky@pbzlawfirm.com

                                        NORTHERN ILLINOIS UNIVERSITY

                                        s/ James G. Guagliardo

James G. Guagliardo
OFFICE OF GENERAL COUNSEL
Northern Illinois University
Altgeld Hall, Room 330
DeKalb, IL 60115
(815) 753-9517
jguagliardo@niu.edu