# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

John Doe

     Plaintiff,

v.          Case No.: 1:17–cv–07991

          Honorable Harry D. Leinenweber

Board of Trustees of Northern Illinois University

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 13, 2018:

  MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing and ruling on motion hearing held. Motion to transfer case [16] is denied. Status hearing set for 10/30/18 at 9:00 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.