# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

John Doe

                                                    Plaintiff,

v.                                                                      Case No.: 1:17−cv−07991

                                                                        Honorable Harry D.
                                                                        Leinenweber

Board of Trustees of Northern Illinois
University

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 21, 2019:

        MINUTE entry before the Honorable Harry D. Leinenweber: By agreement, the status hearing set for 3/21/19 is re−set to 6/11/19 at 9:00 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.