THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17 CV 7991 |
| | ) | |
| BOARD OF TRUSTEES OF | ) | |
| NORTHERN ILLINOIS UNIVERSITY, | ) | |
| | ) | Honorable Harry D. Leinenweber |
|     Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to this Court's April 4, 2022 Order, Plaintiff John Doe ("Plaintiff"), and Defendant Board of Trustees of Northern Illinois University ("Defendant") submit this Joint Status Report as follows:

Plaintiff Doe has brought this action against The Board of Trustees of Northern Illinois University, alleging violations of due process arising out of an internal Northern Illinois University investigation into alleged sexual misconduct. This Court has stayed this civil matter pending the resolution of a State of Illinois criminal case against Plaintiff, currently pending in DeKalb County Illinois, and arising out of the same facts as this case.

Barring any witness issues, Plaintiff's DeKalb County state criminal case is scheduled to go to trial on November 28, 2022. Attorneys representing Plaintiff anticipate the criminal trial may take two weeks. The parties agree that the Stay in this case should remain in effect pending final resolution of the state criminal case against Plaintiff in DeKalb County Illinois.

Finally, relying on guidelines previously set forth in the District Court's April 24, 2020 Third Amended General Order 20-0012, Paragraph Number 5, subsections (a) through (g), the Plaintiff and Defendant state as follows:

(a) The current Stay of this matter was put into effect before the discovery process began. No discovery has been conducted;

(b) There are no unresolved motions pending;

(c) There have been no settlement discussions;

(d) The parties agree that the Stay should remain in effect for the next 60 days as the Plaintiff's criminal case in DeKalb County will almost certainly remain unresolved in these next 60 days;

(e) A discovery and motion schedule are not applicable at this juncture because there are no pending motions and the discovery process has not yet begun;

(f) The parties request that the Court continue the current Stay pending resolution of Plaintiff's criminal case;

(g) A telephonic hearing with the Court is not necessary.

Dated: May 12, 2022                     Respectfully Submitted:

/s/ Gal Pissetzky                       /s/ James Guagliardo
Attorney for Plaintiff                  Attorney for Defendant
Gal Pissetzky                           James Guagliardo
Pissetzky Law, LLC                      Special Counsel
350 E. Wacker Drive, Suite 1980         Northern Illinois University
Chicago, IL 60601                       Office of General Counsel
(312) 883-9466                          Altgeld Hall, Room 330
gal@pissetzkylaw.com                    DeKalb, IL 60115
                                        (815) 753-9517
                                        jguagliardo@niu.edu

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on May 12, 2021, the foregoing was filed electronically with the Clerk of Court using the CM-ECF system, which will send notification of such filing to all parties/attorneys of record.

<u>/s/ Gal Pissetzky</u>
Gal Pissetzky