## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

John Doe

                          Plaintiff,

v.                                         Case No.: 1:17−cv−07991

                                        Honorable Harry D. Leinenweber

Board of Trustees of Northern Illinois University

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 18, 2022:

       MINUTE entry before the Honorable Harry D. Leinenweber: Telephone Conference set for 5/19/22 is re−set to 12/6/22 at 9:00 a.m. Joint status report shall be filed by 11/30/22. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.