THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-7991 |
| v. | ) | |
| | ) | |
| THE BOARD OF TRUSTEEES OF | ) | The Honorable Nancy L. Maldonado |
| NORTHERN ILLINOIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendant, the Board of Trustees of Northern Illinois University ("NIU"), by and through its undersigned counsel, hereby moves for a 30-day extension of time to file its responsive pleading. In support of its motion, NIU states as follows:

1. On November 3, 2017, Plaintiff John Doe, a male student previously enrolled at NIU, filed this action alleging that NIU's handling of allegations made against him violated Title IX of the Education Amendments of 1972 and his due process rights pursuant to 42 U.S.C. § 1983. (Dkt. No. 1).

2. On December 20, 2017, the Court granted Plaintiff's uncontested motion to stay this action pending resolution of Doe's criminal case in DeKalb County. (Dkt. No. 8).

3. On December 15, 2022, the parties filed a joint status report informing the Court that Plaintiff's criminal case had resolved. (Dkt. No. 46).

4. On December 16, 2022, the Court entered a Minute Order lifting the stay of the case and setting (i) February 14, 2023 as NIU's deadline to answer or otherwise plead to the Complaint; (ii) February 16, 2013 as the parties' deadline to file a joint status report with a

1

proposed discovery schedule; and (iii) February 23, 2023 as the date for a Rule 16 status hearing. (Dkt. No. 47).

5. NIU recently retained the undersigned counsel to represent it in this matter.

6. Counsel is working expeditiously to investigate Plaintiff's claims and allegations, but will require additional time to complete their investigation and prepare a responsive pleading.

7. As such, NIU respectfully requests that the Court extend its deadline to answer or otherwise plead by 30 days and reset the remaining dates set forth in the Court's December 16, 2022 Order accordingly. Specifically, NIU requests that the Court enter an order setting the following dates:

 a. March 14, 2023: NIU's deadline to answer or otherwise plead;

 b. March 16, 2023: Parties' deadline to file a joint status report with a proposed discovery schedule;

 c. March 23, 2023: Rule 16 status hearing.

8. This Motion is being made out of necessity and in good faith and will not cause undue delay or prejudice to either party.

9. Plaintiff's counsel has advised that Plaintiff does not object to NIU's request.

**WHEREFORE**, NIU respectfully requests that the Court grant this motion and set March 14, 2023 as the deadline for NIU to answer or otherwise plead to Plaintiff's Complaint, March 16, 2023 as the parties' deadline to file a joint status report, and March 23, 2023 as the date of the parties' Rule 16 status hearing, and grant any additional relief deemed just and appropriate.

Dated: February 7, 2023

Respectfully submitted,

**Board of Trustees of Northern Illinois University**

By: /s/ Monica H. Khetarpal
   One of Its Attorneys

Monica H. Khetarpal
Julia S. Wolf
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel.: 312.787.4949
Fax: 312.787.4995
Monica.Khetarpal@jacksonlewis.com
Kirsten.Milton@jacksonlewis.com
Julia.Wolf@jacksonlewis.com

## **CERTIFICATE OF SERVICE**

I, Monica H. Khetarpal, an attorney, certify that on February 7, 2023, I caused a true and correct copy of the attached *Defendant's Unopposed Motion for an Extension of Time* to be filed with the Clerk of the Court using the Electronic Filing System, which will send notification of such filing to all counsel of record.

*/s/ Monica H. Khetarpal*
