# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

John Doe

    Plaintiff,

v.

Board of Trustees of Northern Illinois University

    Defendant.

Case No.: 1:17−cv−07991
Honorable Nancy L. Maldonado

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 10, 2023:

    MINUTE entry before the Honorable Nancy L. Maldonado: Defendant's unopposed motion for an extension of time of 30 days to file its responsive pleading [51] is granted for the reasons stated in the motion. Defendant's deadline to answer or otherwise plead is extended to 03/14/2023; the initial joint status report deadline is reset to 03/16/2023; and the Rule 16 initial status hearing is rescheduled for 03/23/2023 at 10:00 a.m. via WebEx video conference. The Dial−in number for the public is: 650−479−3207; access code is: 2313 109 3982. The parties will receive a WebEx invitation by email. During the video hearing, the parties should turn off their cameras and mute their microphones until their case is called. All persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in court−imposed sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.