# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-7991 |
| v. | ) | |
| | ) | |
| THE BOARD OF TRUSTEES OF | ) | The Honorable Nancy L. Maldonado |
| NORTHERN ILLINOIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, the Board of Trustees of Northern Illinois University ("NIU"), by its undersigned attorneys, respectfully moves to dismiss John Doe's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons set forth in Defendant's accompanying Memorandum of Law in Support of Its Motion to Dismiss Plaintiff's Complaint.

Dated: March 14, 2023

Respectfully submitted,

**THE BOARD OF TRUSTEES OF NORTHERN ILLINOIS UNIVERSITY**

By: /s/ Monica H. Khetarpal
    One of Its Attorneys

Monica H. Khetarpal
Julia S. Wolf
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, IL 60601
Tel.: 312.787.4949
Monica.Khetarpal@jacksonlewis.com
Julia.Wolf@jacksonlewis.com

**CERTIFICATE OF SERVICE**

I, Monica H. Khetarpal, an attorney, certify that on March 14, 2023, I caused a true and correct copy of the attached DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT to be electronically filed with the Court and served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Monica H. Khetarpal