# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

John Doe

                              Plaintiff,

v.                                                    Case No.: 1:17−cv−07991

                                                              Honorable Andrea R. Wood

Board of Trustees of Northern Illinois University

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 19, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 11/19/2024. Plaintiff reported that they will not be filing an amended complaint. Accordingly, consistent with the Court's 9/30/2024 order [85], this case is dismissed with prejudice. The Clerk is directed to enter judgment in favor of Defendant. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.